# 311

**No. 53135.**—Wolf Greenspan & Sons et al. *v.* United States, protests 67230–K, etc. (New York).

Opinion by Ekwall, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *The Otto Gerdau Co.* v. *United States* (21 Cust. Ct. 24, C. D. 1120) and *Mamary Bros., Inc.* v. *United States* (id. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries.   The protests were sustained to this extent.

**No. 53136.**—Hochhauser Leather Co., Inc., et al. *v.* United States, protests 83275–K, etc. (New York).

Opinion by Ekwall, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.   The protests were sustained to this extent.

**No. 53137.**—Schenley Import Corp. *v.* United States, protests 107216–K, etc. (New York).

Opinion by Ekwall, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.   The protests were overruled in all other respects.

**No. 53138.**—Philip Blum & Co., Inc., et al. *v.* United States, protests 109722–K/91532, etc. (Chicago).

Opinion by Ekwall, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.   The protests were overruled in all other respects.